IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ABC, LLC | ) | Case No. 1:20-cv-5923 |
| --- | --- | --- |
| v. | ) | Judge: Hon. Rebecca Pallmeyer |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Hon. Sunil R. Harjani |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, ABC LLC dba Choon's Design LLC, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | Merchant ID |
| --- | --- | --- |
| 174 | universalegoods | universalegoods |
| 96 | FASYUAN | A2V8XWZJL2EYH1 |
| 124 | Bigtreecompany | A1OQSTE3A12AYJ |
| 138 | WEPARTY | A2ZBK8VTT06413 |
| 16 | Yiwu Meichuan Garment Co., Ltd. | milish |
| 27 | popcorn9 | 1351061 |
| 33 | KidsWorld Store | 2838056 |
| 37 | Child Apparel Store | 3209031 |
| 40 | Lecca Baby Store | 3241087 |
| 41 | chinatera Official Store | 3273019 |
| 42 | the Ninth Gift for Baby Store | 3390009 |
| 192 | wangdalistore | 5b03c21866239416973c47a6 |

Dated: December 5, 2020

Respectfully submitted,

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen

805 Lake Street, Suite 172<br>
Oak Park, IL 60302<br>
(312) 361-0825 p.<br>
(312) 873-4377 f.<br>
david@gulbransenlaw.com