**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABC LLC | ) | Case No. 1:20-cv-5923 |
| | ) | |
| v. | ) | Judge: Hon. Rebecca Pallmeyer |
| | ) | |
| THE PARTNERSHIPS and | ) | Magistrate: Hon. Sunil R. Harjani |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | |
| | ) | |

## FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff, ABC LLC aka Choon's Design LLC ("Choon's Design") against the defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's Complaint (collectively, the "Infringing Webstores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants not already dismissed, identified in Appendix "A" (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, providing notice via e-mail, along with any notice that Defaulting Defendants received from the ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of RAINBOW LOOM family of marks, U.S. Reg. Nos. 4768248, 4768101, 4762955, 4753133, 4726415, 4714893, 4714891, 4345796.

The registration is valid, unrevoked, and uncancelled. Defendants use the mark and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. using the RAINBOW LOOM trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing,

advertising, offering for sale, or sale of any product that is not a genuine Choon's Design

product or not authorized by Plaintiff to be sold in connection with the RAINBOW

LOOM Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine

Choon's Design product or any other product produced by Plaintiff, that is not Plaintiff's

or not produced under the authorization, control or supervision of Choon's Design and

approved by Plaintiff for sale under the RAINBOW LOOM Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants'

Counterfeit Products are those sold under the authorization, control or supervision of

Choon's Design, or are sponsored by, approved by, or otherwise connected with Choon's

Design;

d. further infringing the RAINBOW LOOM trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving,

storing, distributing, returning, or otherwise disposing of, in any manner, products or

inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or

offered for sale, and which bear any of the RAINBOW LOOM trademark, or any

reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or

operating the infringing webstores, websites, or any other domain name that is being used

to sell or is the means by which Defendants could continue to sell Counterfeit Products;

h. operating and/or hosting infringing webstores, websites and any other domain names

registered or operated by Defendants that are involved with the distribution, marketing,

3

advertising, offering for sale, or sale of any product bearing the RAINBOW LOOM

trademark or any reproductions, counterfeit copies or colorable imitations thereof that is

not a genuine Choon's Design product or not authorized by Choon's Design to be sold in

connection with the RAINBOW LOOM trademark;

i. registering any additional stores, websites, or domain names that use or incorporate any of

the RAINBOW LOOM trademark; and

j. using images covered by the PLAINTIFF's Copyrights or any of PLAINTIFF's original

photographs that Choon's Design uses to advertise the sale of original Choon's Design

products.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including

ecommerce platform providers, such as Alibaba, Ali-Express, Amazon, eBay, Wish, etc., shall

within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting

Defendants, in the past, currently or in the future, engage in the sale of goods using the

RAINBOW LOOM Trademarks, including, but not limited to, any accounts associated

with the Defaulting Defendants listed on Schedule "A" not dismissed from this action;

and

b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used

by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the

Defaulting Defendants in the amount of One-Hundred Thousand Dollars (U.S.) and No Cents

($100,000.00) for using counterfeit RAINBOW LOOM Trademarks on products sold through at

least the Infringing webstores/websites. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

    a.  Alibaba, Ali-Express, Amazon, eBay, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, World First Asia Limited, World First Markets Limited, World First USA, Inc., Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram, Western Union and any of their subsidiaries (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites identified in Schedule "A", except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

    b. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

    c. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

        i. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the

e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and

any e-mail addresses provided for Defaulting Defendants by third parties;

    ii. Restrain and enjoin such accounts or funds from transferring or disposing of any

money or other of Defaulting Defendants' assets; and

    iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as

partial payment of the above-identified damages within ten (10) business days of

receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting

Defendants' Infringing webstores/websites, including, but not limited to, any accounts

connected to the information listed in Schedule "A" of the Complaint, the e-mail

addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail

addresses provided for Defaulting Defendants by third parties;

b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of

any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as

partial payment of the above-identified damages within ten (10) business days of receipt

of this Order.

5. In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibits 1 to the Declaration of David Gulbransen and any e-mail addresses provided for Defaulting Defendants by third parties.

6. The $10,000 bond posted by Plaintiffs is hereby released to Plaintiffs ABC LLC, Choon's Design LLC for default judgment or their counsel, David Gulbransen of Law Office of David Gulbransen.

**IT IS SO ORDERED.**

Dated: February 19, 2021

_____
Rebecca Pallmeyer
United States District Judge

Appendix A

| Doe # | Merchant Name | Merchant ID |
|---|---|---|
| 1 | Shantou Angel Toys Manufactory | angeltoys |
| 2 | Yiwu Eco Baoyu E-Business Firm | baoyugifts |
| 3 | Yiwu Genuine Trading Co., Ltd. | childtoy |
| 4 | Yiwu B&T Crafts & Arts Co., Ltd. | chinacrafts |
| 5 | Yiwu Guohe Jewelry Co., Ltd. | cncaihe |
| 6 | Yiwu Dongshun Toys Co., Ltd. | dongshun |
| 7 | Yiwu Eco-Artifact Co., Ltd. | ecotoys |
| 8 | Yiwu Hecheng Import & Export Co., Ltd. | hechenggroup |
| 9 | Ningbo Hooya Imp. & Exp. Group Co., Ltd. | hooya |
| 11 | Shantou Joyin Toys Co., Ltd. | joyintoys |
| 12 | Yiwu Kutan Online Businesses Firm | kutan |
| 13 | Shenzhen Z-Liant Technology Co., Ltd. | liant |
| 14 | Yiwu Libaolai Toys Co., Ltd. | libertytoys |
| 15 | Shenzhen Love Fashion Gifts Co., Ltd. | lovegifts |
| 17 | Yiwu Outong Toys Co., Ltd. | o2toys |
| 18 | Ningbo Haishu Padinuo Industrial & Trading Co., Ltd. | partypro |
| 19 | Ningbo Sun Fly Craft Co., Ltd. | sfindustrial |
| 20 | Shiny Technology (Huizhou) Co., Ltd. | sgcgift |
| 21 | Yiwu Xinjiehua E-Commerce Co., Ltd. | xinjiehua |
| 22 | Yiwu Dery Import & Export Co., Ltd. | ywdery |
| 23 | Yiwu Haolu Arts & Crafts Co., Ltd. | ywhaolu |
| 24 | Yiwu Zhongkang Jewelry Co., Ltd. | zhongkang |
| 25 | Shantou Zhiletian Toys Trading Co., Ltd. | zlttoys |
| 29 | Baby toys paradise | 1945432 |
| 30 | Celebrity Toy Store | 2397008 |
| 31 | 4YANG Exquisite Life Store | 2819028 |
| 32 | ChildrensKingdom Store | 2826028 |
| 34 | S-Fashional Clothes Store | 3018280 |
| 36 | Shop3057036 Store | 3057036 |
| 38 | Children's Toy Store | 3212020 |
| 39 | Dear Baby Stylish Products Store | 3213105 |
| 43 | UainCube Booby Store | 3909023 |
| 44 | JackMa Professional drop Shipping Store | 4039087 |
| 45 | Toysfan Store | 4258017 |
| 46 | Shop4344020 Store | 4344020 |
| 47 | Shop4412076 Store | 4412076 |
| 48 | dollryga Official Store | 4417171 |
| 49 | ZCB CO., Store | 4475007 |
| 50 | Wiggle Baby Store | 4552011 |
| 52 | Night person toy Z Store | 4713018 |
| 53 | Toy Country Perfact Store | 4815005 |

| 54 | VaalPaev Official Store | 4866145 |
|---|---|---|
| 55 | FUN WEEK Store | 4888002 |
| 56 | Playlab Store | 4997001 |
| 58 | XiaoMeiZi Store | 5059232 |
| 59 | Fun For You Store | 5068058 |
| 60 | Little Prodigy Store | 5077073 |
| 62 | Mommy&Baby Shopping Store | 5245070 |
| 63 | Children House Store | 5252057 |
| 65 | We Have Everything Store | 5380339 |
| 66 | XM Drop shipping Store | 5481045 |
| 68 | VV SHOW Store | 5522014 |
| 69 | Mother Or Child Store | 5603140 |
| 71 | RZC Kids Toy Store | 5741031 |
| 74 | SONGYI Childhood Toy Store | 5789934 |
| 75 | mummybabytoys Store | 5871306 |
| 76 | AAA-Baby Store | 5880570 |
| 77 | Skyprime | A1HRTGZ25HBC6W |
| 78 | Bomach | A2VCQ9HN8WVIM8 |
| 80 | Cre8tive Atelier | AF59X8IVRRFA1 |
| 81 | voice tattoo | A1SNW7ROZVTX7H |
| 83 | Qpout | A1X93O5DHJ1JKD |
| 85 | demeu6 | A2FOY5WAZIB9UC |
| 86 | Beads Jar | A2S7Q492WTJNRB |
| 88 | Perlesmania | A3FNV7YPFZ5VN2 |
| 89 | Canjerusof | A3KXS26PYN3OT4 |
| 90 | Romote Direct | A3LJ1XJAWXILE5 |
| 93 | Entiful sive zone | A21S8CW00UIWEA |
| 94 | demeu6 | A2FOY5WAZIB9UC |
| 95 | Beads Jar | A2S7Q492WTJNRB |
| 96 | FASYUAN | A2V8XWZJL2EYH1 |
| 98 | SenSheng | A35257QX6URICC |
| 100 | Kirinstores-JP | A15HFANFCZX92P |
| 101 | ARTASY WORKSHOP | A1BDY5WI2R8514 |
| 102 | **Global- Dispatch** | A2416V8JD1BV33 |
| 103 | shurijuri《import shop》 | A3IPZ66JUAR8BF |
| 104 | tangyanhong | A13EMP0RJDNMCD |
| 105 | iHOMIKI | A1TZSDNYVBU9EO |
| 106 | Entiful sive zone | A21S8CW00UIWEA |
| 107 | JRXyDfxn | A255OPWOK7Z6SV |
| 109 | demeu6 | A2FOY5WAZIB9UC |
| 111 | deanyi | AX492RN22JITA |
| 113 | DEMEU | A2FOY5WAZIB9UC |
| 119 | Kirinstores-JP | A15HFANFCZX92P |
| 122 | AFUOWER | A1NUQUHAPNJV3M |

9

| 123 | YNK-US | A1OPML3DPV1ECM |
|---|---|---|
| 125 | Parenonline | A1UKALGN5C6ENO |
| 126 | lunitech | A200QINJOKU54S |
| 127 | Best AMZ Deal | A21MTXOSHSJUOB |
| 129 | Zonebie | A2COLV6MQ19W3C |
| 132 | BITOO | A2JCVTDKU86MG3 |
| 133 | Greate | A2NLD9PVI07YKH |
| 135 | BLUESNOW02 | A2PYTRK4ZOQDCI |
| 137 | HFVinet | A2UK49FB71JZTS |
| 139 | Hydrone | A325UG6N701V3M |
| 140 | ParnerTec | A3629Z6PAN6FW3 |
| 143 | Kirinstores | A3Q5M842GGJIII |
| 144 | SuperJpsor | A3R6TO5TPJJ3RW |
| 145 | Kiseki | A3V2ZTOWATX9CP |
| 148 | Afanfei | AANL94VLZ2PBD |
| 149 | Mynimo | ABJOMO6SPBZ8P |
| 152 | LALAJOY | ALGW98JM7NLW0 |
| 154 | qunsenwujin | ARJ1EY4RNELSS |
| 156 | DW Tech | A2BNAWEJSQ3T7A |
| 157 | Inscraft | A2A4DRZ58ZQBJI |
| 159 | abliquidationnow | abliquidationnow |
| 160 | bluestone_gift | bluestone_gift |
| 161 | ckgifts88 | ckgifts88 |
| 162 | eoqqoo | eoqqoo |
| 163 | esraa_90 | esraa_90 |
| 164 | marrisa20082008 | marrisa20082008 |
| 165 | melbourneshopping2019 | melbourneshopping2019 |
| 166 | ozchoice | ozchoice |
| 167 | ozshopping2013 | ozshopping2013 |
| 168 | palmbank2019 | palmbank2019 |
| 169 | purplemaxx | purplemaxx |
| 170 | shopmonkltd | shopmonkltd |
| 171 | thtran-6721 | thtran-6721 |
| 172 | timmk_39 | timmk_39 |
| 173 | unique-trade-2008 | unique-trade-2008 |
| 174 | universalegoods | universalegoods |
| 175 | huifeng art | 548d81923b644561197550e9 |
| 177 | yiwuyuyichengdianzishangwushangxing | 550446c6b11f250947a28c70 |
| 178 | yulimeidianzishangwushangxing | 5563fc4a84a02f0e8689310f |
| 179 | Taizhou Shining Metal Material Co. Ltd. | 5566b7eb7727f219d3ecc122 |
| 180 | Foremost Trading | 558ca398b9ced35a91855c43 |
| 181 | salesale | 56167c1608375c3e8ae06d46 |
| 182 | top malls | 5649bfa6fe117612b0ad5536 |
| 185 | Roger International fashion store | 573dd5556b2b45593ff1173a |

| 186 | Zoie fashion store on line | 576d4bcad34ae97553931e6b |
|---|---|---|
| 187 | little black horse2014 | 57a5497683326743dc753054 |
| 188 | Baron Internation Fashion | 57e3815635f98510964b596d |
| 189 | ShopGoing | 57f71786b2402910753d1904 |
| 190 | earthwings car-styling | 583ba046168b54048ce2c088 |
| 191 | Just Niu | 5a4b164a6d2c6b1a0cfafe21 |
| 195 | Furniture & Kitchenware | 5d4beb1744972b50bdb8f7bd |
| 196 | dupindaijiao | 5d8edbbbc095e14969b4b56c |
| 197 | Anshenglove | 5d9d420b5cb06268507c442c |
| 198 | huangxiaoer | 5dda0a1475cf5435b3b62827 |
| 199 | jdirnvyu77sd | 5e0acaf4a3e118bd838afa00 |
| 201 | diao girl | 5ef5c6fc29e786300824fbfc |
| 202 | fashion store on line 1 | fashionstoreonline1 |
| 203 | shishangxiewu678 | shishangxiewu678 |