IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC, LLC ) | Case No. 1:20-cv-5923 |
| ) | |
| v. ) | Judge: Hon. Rebecca Pallmeyer |
| ) | |
| THE PARTNERSHIPS and ) | Magistrate: Hon. Sunil R. Harjani |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | |
| ) | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 19 | Ningbo Sun Fly Craft Co., Ltd. | sfindustrial |
| 185 | Roger International fashion store | 573dd5556b2b45593ff1173a |

dismisses them from the suit with prejudice.

Dated this 19th Day of February 2021.        Respectfully submitted,


By:    s/David Gulbransen/
       David Gulbransen
       Attorney of Record
       Counsel for Plaintiff

       David Gulbransen (#6296646)
       Law Office of David Gulbransen
       805 Lake Street, Suite 172
       Oak Park, IL 60302
       (312) 361-0825 p.
       (312) 873-4377 f.
       david@gulbransenlaw.com